| United States of America vs. | | United States District Court for |
|---|---|---|
| **DEFENDANT** | LEE DIANA DOYLE aka LEI LINDSEY | EASTERN DISTRICT OF CALIFORNIA |
| | | DOCKET NO. ➔ CR-F-85-205-REC |

# JUDGMENT AND PROBATION/COMMITMENT ORDER  AO-245 (9/82)

**\*\* MODIFIED JUDGMENT \*\***

In the presence of the attorney for the government ~~the defendant appeared in person on this date~~ ➔

MONTH: February  DAY: 9  YEAR: 1987

**COUNSEL**
[ ] WITHOUT COUNSEL — However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.
[XX] WITH COUNSEL | Barry Nix Appointed
(Name of Counsel)

**PLEA**
[XX] GUILTY, and the court being satisfied that there is a factual basis for the plea,   [ ] NOLO CONTENDERE,   [ ] NOT GUILTY

**FINDING & JUDGMENT**
There being a finding/verdict of
[ ] NOT GUILTY. Defendant is discharged
[ ] GUILTY.
Defendant has been convicted as charged of the offense(s) of 21 USC 841(d) - Possession and Aiding and Abetting the Possession of Piperidine to Manufacture PCP, and the court hereby MODIFIES the Judgment and Commitment of August 4, 1986 as follows;

**SENTENCE OR PROBATION ORDER**
The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of (3) years on condition that the defendant be confined in a jail-type institution for a period of TIME SERVED, the execution of the remainder of the sentence of imprisonment is hereby suspended and the defendant placed on probation for a period of (5) years to commence upon the defendant's release from confinement, upon the following terms and conditions;

**SPECIAL CONDITIONS OF PROBATION**
1. That she submit to the search of her person, property, home or vehicle by a U.S. Probation Officer or any other authorized person under the personal supervision of the Probation Officer without a search warrant;

2. That she participate in a community drug abuse program which may include treatment and testing, as directed by the Probation Officer.

**ADDITIONAL CONDITIONS OF PROBATION**
Pursuant to 18 USC 3013(a) defendant is to pay a penalty assessment of $50.00 to the United States.
In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**
The court orders commitment to the custody of the Attorney General and recommends,

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

**SIGNED BY**
[XX] U.S. District Judge
[ ] U.S. Magistrate

ROBERT E. COYLE       Date: 2/10/87

113