UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 85-0205 LJO |
| Plaintiff, | **ORDER ON FILING FEE REQUEST** |
| vs. | (Doc. 152.) |
| DARRYL BURTON, | |
| Defendant. | |

The November 26, 2013 order of the Ninth Circuit Court of Appeals requires defendant to "pay to the district court the $455.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis." On December 2, 2013, defendant filed his motion to request this Court to waive the filing and docketing fees. Given that the Ninth Circuit ordered defendant to pay the fees, this Court lacks jurisdiction and is unable to waive the fees. Defendant is directed to seek such relief from the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **December 4, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28