# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DARRYL BURTON,<br><br>　　　　　Defendant. | 1:85-cr-00205 LJO<br><br>ORDER RE LETTER REQUESTING UPDATE RE "60(b)" FILING  (Doc. 172) |

　　　　In a letter dated December 22, 2016 (Doc. 172, filed Dec. 27, 2016), Defendant Darryl Burton, a federal prisoner proceeding *pro se*, requested an update on his "60(b)" pleading, indicating that the "pleading was sent registered mail with a return receipt requested," and that he had received the return receipt but not yet any "informal acknowledgment" from the clerk's office. He requests a "copy of the active docket sheet for the above-styled matter." Defendant's "60(b)" motion was received and denied. *See* Doc. 169. Defendant is undoubtedly aware of this fact given that he has filed a notice of appeal from the December 5, 2016 order denying his motion. *See* Doc. 170. Accordingly, Defendants letter inquiry is moot and will be disregarded.

IT IS SO ORDERED.

　　　Dated:   **January 6, 2017**　　　　　　　　/s/ Lawrence J. O'Neill　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE