HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
DARRYL DWAYNE BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARRYL DWAYNE BURTON,<br><br>　　　　　Defendant-Movant. | No: 1:85-cr-00205 NONE<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>**(DOC. NO. 200)** |

GOOD CAUSE APPEARING, counsel for Defendant Burton shall file a supplement to his pro se motion or notify the government and the court of her intent not to file a supplement by May 3, 2021.  The remainder of the scheduling order (Doc. No. 199) remains in effect.

IT IS SO ORDERED.

Dated:  **April 2, 2021**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST FOR EXTENSION OF TIME(DOC. NO. 200)