HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
DARRYL DWAYNE BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL DWAYNE BURTON,<br><br>Defendant-Movant. | No. 1:85-cr-00205 NONE<br><br>ORDER TO SEAL MEDICAL RECORDS, EXHIBITS 2-4 |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Burton's Exhibits 2 - 4 to his Supplement Brief in support of the pro se Emergency Motion for Compassionate Release and/or Reduction in Sentence shall be filed under seal until further order of this Court as they contain private and confidential medical records.

IT IS SO ORDERED.

Dated: May 4, 2021

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE