HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
DARRYL DWAYNE BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:85-cr-0205 NONE |
|---|---|
| Plaintiff, | **ORDER TO EXTEND TIME TO FILE REPLY TO GOVT'S SUPPLEMENTAL BRIEF** |
| v. | |
| DARRYL DWAYNE BURTON, | |
| Defendant-Movant. | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Burton's extension of time is GRANTED. The defendant's Reply to the Government's Supplemental Brief will be filed by March 7, 2024.

IT IS SO ORDERED.

Dated: November 3, 2023

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28